IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

REGINALD HARRIS,
        Petitioner,

    V.

THOMAS CARROLL,
        Respondent,

06 — 430

No.# _____ 2006
C.A.# 0402010364A
Appeal No.# 557, 2004

2006 JUL 13

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR STAY OF UNEXHAUSTED CLAIM
OF INEFFECTIVE ASSISTANCE OF COUNSEL
AT TRIAL AND ON DIRECT APPEAL, INVOLVING
THE ILLEGAL SEARCH AND SEIZURE IN VIOLA-
TION OF THE FOURTH AMENDMENT.

    COMES NOW, the petitioner, Reginald Harris, ProSe,
respectfully requesting this Honorable Court to, issue an
"ORDER TO STAY" the "Unexhausted" above captioned,
"Inaffective Assistance of Counsel" claim for good cause.

    In support of this request, the petitioner submits the
following:

    1. The operative facts and the Federal Legal Theory

upon which petitioners claims are based; necessarily, re-

quire the state's lower court and appellate court to

have a fair opportunity to act on addressing the claim.

   2. It is imperative that petitioner be allowed to register

the unexhausted claims full contribution to the picture that

will finally be before the Habeas Court. Because, in the

end the consumation will furnish the proper perspective.

   3. The district court may in its discretion, allow a

petitioner to amend a mixed petition by deleting the

unexhausted claims, hold the unexhausted claims in abeyance

until the unexhausted claims are exhausted; then allow

the petitioner to amend the stayed-petition to add the

"Now-Exhausted" claims. See and compare: Anthony v.

Cambra, 236 F.3d 568, 575-578 (9th Cir. 2000), (holding

that F.R.C.P.-15(c); made applicable to Habeas Petitions

by, 28 U.S.C §2242 allows the amended pleading, includ-

ing "Newly Exhausted" claims to "relate back", to the

date of the original filing.)

WHEREFORE, the petitioner, respectfully requests
this Honorable Court to, issue an "ORDER TO STAY,"
the "Unexhausted", "Inaffective Assistance of Counsel claim.

Respectfully Submitted,

Reginald Harris

Reginald Harris, Pro-Se

Dated: July 06, 2006