SBI# 173086

August 14, 2006

Reginald Harris
D.C.C. MHU 22-B
1181 Paddock Rd
Smyrna, De. 19977

Clerk of the Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RE: Case No. 1:06-CV-430 (SLR)

BD scanned
FILED
AUG 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir/Ms.

Please find enclosed, the certificate of service, to be attached to the original motion to amend motion to "Stay and Abey", and two (2) copies of the motion for the courts.

Respectfully Submitted,

Reginald Harris